UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re Subpoena to:<br><br>POLARIS RECOVERY CENTER, LLC d/b/a MARYLAND ADDICTION RECOVERY CENTER.<br><br>Served in *RJ, et al. v. Cigna Health and Life Insurance Company, et al.*, Case No. 5:20-cv-2255-EJD (N.D. Cal.) | Misc. Case No.: _____ |

**CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
MOTION TO COMPEL RESPONSES TO NON-PARTY SUBPOENA**

Pursuant to Rules 45(d)(2)(B)(i) and 45(g) of the Federal Rules of Civil Procedure, Cigna Health and Life Insurance Company ("Cigna") respectfully moves to compel compliance with the subpoena ("Subpoena") issued to Polaris Recovery Center, LLC d/b/a Maryland Addiction Recovery Center ("MARC") in connection with *RJ, et al. v. Cigna Health and Life Insurance Co., et al.*, Case No. 5:20-cv-02255-EJD (N.D. Cal.) ("*RJ*"), a lawsuit pending in the United States District Court for the Northern District of California.  For reasons stated in the concurrently-filed Memorandum of Law, the Court should grant the Motion and compel MARC to comply with the Subpoena.

Dated: June 24, 2022                     Respectfully submitted,

                                              By:   */s/ Michael B. Kimberly*
                                                      Michael B. Kimberly

                                                      **MCDERMOTT WILL & EMERY LLP**
                                                      500 North Capitol Street, NW
                                                      Washington, DC 20001-1531
                                                      Telephone:   (202) 756-8000
                                                      Facsimile:    (202) 756-8087
                                                      Email: mkimberly@mwe.com

                                                      Joshua B. Simon (*pro hac vice* forthcoming)
                                                      Warren Haskel (*pro hac vice* forthcoming)
                                                      Dmitriy Tishyevich (*pro hac vice* forthcoming)
                                                      Caroline Incledon (*pro hac vice* forthcoming)
                                                      One Vanderbilt Avenue
                                                      New York, NY 10017-3852
                                                      Telephone:   (212) 547-5400
                                                      Facsimile:    (212) 547-5444
                                                      Email: jsimon@mwe.com
                                                                    whaskel@mwe.com
                                                                    dtishyevich@mwe.com
                                                                    cincledon@mwe.com

                                                      *Attorneys for Defendant Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I submitted the foregoing for filing by submitting a paper copy to the Clerk's Office via personal service. A true and correct copy of this motion will be served via email to Counsel for MARC:

> G. Harrison Bliss, II
> Davis, Agnor, Rapaport & Skalny, LLC
> 10211 Wincopin Circle, Suite 600
> Columbia, Maryland 21044
> hbliss@darslaw.com

A true and correct copy of the foregoing will also be served on *RJ* Plaintiffs via email to:

> Matthew M. Lavin
> Aaron R. Modiano
> Napoli Shkolnik, PLLC
> 5757 W. Century Boulevard, Suite 680
> Los Angeles, CA 90045
> mlavin@napolilaw.com
> amodiano@napolilaw.com
>
> David M. Lilienstein
> DL Law Group
> Katie J. Spielman
> 345 Franklin St.
> San Francisco, CA 94102
> david@dllawgroup.com
> katie@dllawgroup.com

                                                    */s/ Michael B. Kimberly*
                                                    Michael B. Kimberly